E-FILED
Friday, 17 August, 2018 03:33:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| TAMMY J. TANNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 17-cv-3255 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

**OPINION**

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on The parties' Stipulation to Award of Attorney Fees and Costs ( d/e 16) (Stipulation). The parties have consented, pursuant to 28 U.S.C. §636(c), to proceed before this Court. <u>Consent to Proceed Before a United States Magistrate Judge, and Order of Reference entered April 6, 2018 (d/e 11)</u>. Plaintiff prevailed in this matter and now requests an award of attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). The parties have stipulated to an award of attorney fees to Plaintiff. The Court has further reviewed the Stipulation and determines that the request of $5,608.73 in attorney fees and $0.00 in costs is reasonable and appropriate in this case. The Stipulation is therefore allowed.

Plaintiff has assigned her right to attorney fees to her counsel. Such an assignment is appropriate as long as the award of fees is not subject to offset for any debt that Plaintiff may owe the United States. See Astrue v. Ratliff, 560 U.S. 586, 130 S.Ct. 2521, 2529-30 (2010). The Commissioner will therefore pay the amount of the award that is not subject to offset directly to Plaintiff's attorney.

WHEREFORE the parties' Stipulation to Award of Attorney Fees and Costs (d/e 16) is ALLOWED. The Court awards Plaintiff Tammy J. Tanner $5,608.73 in attorney fees and $0.00 in costs. Plaintiff has assigned the award of fees to her attorney. The Commissioner is therefore directed to pay the amount of the award that is not subject to offset directly to her attorney, David D. Camp.

ENTER: August 17, 2018

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE